DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFF CHAUNCEY,**
Appellant,

v.

**H.O. PENN MACHINERY COMPANY, INC.,** and
**TWO MARINE HOLDINGS, LTD.**
Appellees.

No. 4D2023-1400

[April 18, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE20-008822.

Adam Michael Ludwin of the Ludwin Law Group, P.A., Delray Beach, for appellant.

No brief filed for appellees.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and ARTAU, JJ., concur.

*          *          *

***Not final until disposition of timely filed motion for rehearing.***